BEAUMONT COTTON OIL MILL CO. v. REEVES. (No. 1327.)

(Court of Civil Appeals of Texas. Amarillo. March 27, 1918. Rehearing Denied May 8, 1918.)

Appeal from Taylor County Court; E. M. Overshiner, Judge.

Action by R. H. Reeves against the Beaumont Cotton Oil Mill Company. From a judgment for plaintiff, defendant appeals. Affirmed.

R. C. Chamber, of Abilene, and Smith, Crawford & Sonfield, of Beaumont, for appellant. Sayles & Sayles, of Abilene, for appellee.

HUFF, C. J. This is a companion case to No. 1326, Beaumont Cotton Oil Co. v. J. E. Sanders et al., 203 S. W. 372. The facts are substantially the same, and the briefs of appellant are identical in this case with the other case, except as to names, initial point of shipment, and numbers of cars, etc.

For the reasons given in No. 1326, the judgment herein will be affirmed.